IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NEWMAN APARTMENTS CIELO REVOCABALE TRUST,<br>PLAINTIFF,<br><br>V.<br><br>COVINGTON SPECIALTY INSURANCE COMPANY, AND ENGLE MARTIN & ASSOCIATS INC.,<br>DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§ CAUSE NO. 1:17-CV-1046-LY<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the court are Defendant Engle Martin's Rule 12(b)(6) Motion to Dismiss (Dkt. No. 6), and Defendant Covington's Rule 12(e) Motion for a More Definite Statement, or in the Alternative, Motion to Dismiss Under Rule 12(b)(6) or 12(f) (Dkt. No. 8). On November 29, 2017, Plaintiff's First Amended Petition was filed (Dkt. No. 10). Accordingly,

**IT IS ORDERED** that Defendant Engle Martin's Rule 12(b)(6) Motion to Dismiss (Dkt. No. 6) is **DISMISSED WITHOUT PREJUDICE** to refiling.

**IT IS ORDERED** that Defendant Covington's Rule 12(e) Motion for a More Definite Statement, or in the Alternative, Motion to Dismiss Under Rule 12(b)(6) or 12(f) (Dkt. No. 8) is **DISMISSED WITHOUT PREJUDICE** to refiling.

SIGNED this __1st__ day of December, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE