UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NEWMAN APARTMENTS CIELO REVOCABLE TRUST | § § § | |
| | § | CIVIL ACTION NO. 1:17-cv-01046-LY |
| v. | § § | JURY DEMANDED |
| COVINGTON SPECIALTY INSURANCE COMPANY, AND ENGLE MARTIN & ASSOCIATES INC. | § § § | |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR ADMINISTRATIVE HOLD

Plaintiff Newman Apartments Cielo Revocable Trust ("Plaintiff") and Defendants Covington Specialty Insurance Company and Engle Martin & Associates, LLC, ("Defendants") respectfully submit this Notice of Settlement and Request for Administrative Hold, and inform the Court as follows:

1. Plaintiff and Defendants have reached an agreement to resolve the claims.

2. The parties are in the process of fulfilling their obligations under the settlement agreement.

3. Accordingly, at this time there is no need for the Court to further consider or rule on any pending Motions, including, but not limited to Defendants' Motions to Dismiss.

4. Plaintiff and Defendants therefore request an administrative hold on this case for thirty (30) days in order to finalize the settlement and file the appropriate final pleadings.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff and Defendants respectfully request that this Court grant the request for administrative hold, and such and further relief that may be awarded.

Respectfully submitted,

| BUKOWKSI LAW FIRM, P.C. | MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P. |
|---|---|
| By:  /s/   Sean Bukowski<br>Sean Bukowski<br>Bar No. 24031896<br>sbukowski@bukowskilawfirm.com<br><br>1601 Rio Grande, Suite 300A<br>Austin, Texas 78701<br>Telephone: (512) 614-0335<br>Facsimile: (512) 201-0822<br><br>**ATTORNEYS FOR PLAINTIFF** | By:  /s/ Barrie J. Beer<br>Barrie J. Beer<br>Bar No. 02040750<br>beer@mdjwlaw.com<br>Amber R. Dunten<br>Bar No. 24010004<br>dunten@mdjwlaw.com<br><br>808 Travis Street, 20th Floor<br>Houston, Texas   77002<br>Telephone:  (713) 632-1700<br>Facsimile:  (713) 222-0101<br><br>**ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

      This is to certify that on January 31, 2018, a true and correct copy of the foregoing document was served electronically on the following parties:

Barrie Beer
beer@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis Street, 20th Floor
Houston, Texas, 77002
(713) 632-1700
(713) 222-0101
Attorney for Defendants

_____
Sean Bukowski