IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NEWMAN APARTMENTS CIELO REVOCABALE TRUST, <br> PLAINTIFF, <br><br> V. <br><br> COVINGTON SPECIALTY INSURANCE COMPANY, AND ENGLE MARTIN & ASSOCIATS INC., <br> DEFENDANTS. | § § § § § § § § § § § § | CAUSE NO. 1:17-CV-1046-LY |

### ORDER

Before the court is the above styled and numbered cause. On this same date, the court rendered a take nothing judgment and dismissed the cause with prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

**IT IS FURTHER ORDERED** that each party shall bear its own costs.

SIGNED this _5th_ day of March, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE