UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2018 MAR -6 AM 8: 08

CLERK
WESTERN
BY

| | | |
|---|---|---|
| NEWMAN APARTMENTS CIELO REVOCABLE TRUST | § § § | |
| | § | CIVIL ACTION NO. 1:17-C-01046-LY |
| v. | § § | JURY DEMANDED |
| COVINGTON SPECIALTY INSURANCE COMPANY, AND ENGLE MARTIN & ASSOCIATES INC. | § § § § | |

## AGREED FINAL TAKE NOTHING JUDGMENT

On this day came Plaintiff, Newman Apartments Cielo Revocable Trust, and waived the right to a jury trial, and announced that a compromise settlement has been reached on all claims and causes of action which were or could have been asserted against Defendants Covington Specialty Insurance Company and Engle Martin and Associates LLC[1], and that judgment should be entered that Plaintiff take nothing on all claims and causes of action asserted in this lawsuit. This compromise settlement was made on disputed claims, and the parties have denied any liability to one another in this case. Therefore, pursuant to the parties' compromise settlement, it is hereby,

ORDERED, ADJUDGED and DECREED that Plaintiff Newman Apartments Cielo Revocable Trust take nothing by reason of all claims, demands, and/or causes of action against Defendants, and that all claims asserted in this lawsuit are hereby dismissed with prejudice, with fees and costs to be borne by the parties incurring same.

SIGNED this 5th day of March, 2018.

_____
JUDGE PRESIDING

---

[1] Improperly named as Engle Martin and Associates, Inc.